# UNITED STATES DISTRICT COURT

for the

Southern District of New York

SALWA MUFLEH ALAWI SHOHATEE and HAIDAR ABDO AYEDH ALMUNTASER.

*Plaintiff(s)*

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendant(s)*

Civil Action No. 1:26 cv 06496 PAE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie A. Goldberg, Esq.
3005 Oakwood Boulevard
Melvindale, MI 48122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 7, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
Case No: 1:26-cv-06496-PAE

Rider/Addendum to Requested Issuance of Summons

1. MARKWAYNE MULLIN, Secretary, Department of Homeland Security
   Office of the General Counsel
   2707 Martin Luther King Jr. Avenue, SE
   Mail Stop 0485
   Washington, DC 20528

2. JOSEPH B. EDLOW, Director, United States Citizenship and
   Immigration Services,
   Office of the Chief Counsel
   5900 Capital Gateway Drive
   Mail Stop 2120
   Camp Springs, MD 20588-0009

3. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
   Office of the Chief Counsel
   5900 Capital Gateway Drive
   Mail Stop 2120
   Camp Springs, MD 20588-0009

Civil Action No. 1:26 cv 06496 PAE

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
______________________, a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
______________________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: