**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 2, 2026

**<u>Via ECF</u>**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *Shohatee et al. v. Mullin et al.*, 26 Civ. 6496 (PAE)**

Dear Judge Engelmayer:

This Office represents defendants Markwayne Mullin, Joseph Edlow, and the U.S. Citizenship and Immigration Services ("USCS") (together, the "Government") in the above-referenced action, a mandamus action brought by Plaintiffs Salwa Mufleh Shohatee and Haidar Abdo Ayedh Almuntaser to compel USCIS to adjudicate Plaintiff Shohatee's Form I-130 Petition for Alien Relative filed on behalf of Plaintiff Almuntaser. I write respectfully to request an extension from October 13, 2026 to December 11, 2026 for the Government to respond to Plaintiffs' complaint so the parties may have additional time to discuss a potential resolution of this matter. Plaintiffs consent to this request for an extension, which is the first such request. There are no other existing deadlines in this case and the parties are not yet scheduled for an appearance.

Respectfully,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

*/s/ Gregory Margolis*
BY: GREGORY MARGOLIS
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2677
gregory.margolis@usdoj.gov

cc: All Counsel of Record (via ECF)