AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

SALWA MUFLEH ALAWI SHOHATEE and HAIDAR ABDO AYEDH ALMUNTASER.

*Plaintiff(s)*

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendant(s)*

Civil Action No. 1:26 cv 06496 PAE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julie A. Goldberg, Esq.
3005 Oakwood Boulevard
Melvindale, MI 48122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: August 7, 2026

/S/ S. James

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
Case No: 1:26-cv-06496-PAE

Rider/Addendum to Requested Issuance of Summons

1. MARKWAYNE MULLIN, Secretary, Department of Homeland Security
   Office of the General Counsel
   2707 Martin Luther King Jr. Avenue, SE
   Mail Stop 0485
   Washington, DC 20528

2. JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services,
   Office of the Chief Counsel
   5900 Capital Gateway Drive
   Mail Stop 2120
   Camp Springs, MD 20588-0009

3. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
   Office of the Chief Counsel
   5900 Capital Gateway Drive
   Mail Stop 2120
   Camp Springs, MD 20588-0009

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26 cv 06496 PAE

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States Attorney General

was received by me on *(date)* August 7, 2026 .

❒ I personally served the summons on the individual at *(place)* ________________ on *(date)* ________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________ , a person of suitable age and discretion who resides there, on *(date)* ________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________________ on *(date)* ________ ; or

❒ I returned the summons unexecuted because ________________ ; or

☑ Other *(specify)*: USPS Certified Mail Tracking# 9402 7111 0549 5834 2603 28
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 2, 2026

[signature]
*Server's signature*

Christopher Feliciano
*Printed name and title*

14370 Ventura Boulevard, Sherman Oaks, CA 91423
*Server's address*

Additional information regarding attempted service, etc:

**OUTBOUND TRACKING NUMBER**
9402 7111 0549 5834 2603 28>
**RETURN RECEIPT TRACKING NUMBER**
9490911105495834260303

**FEES**

| | |
|---|---|
| Postage Per Piece | 8.57 |
| Certified Fee | 5.55 |
| Return Receipt Fee | 4.65 |
| **Total Postage & Fees:** | **$19.82** |

SHERMAN OAKS, CA
AUG 10 2026

Postmark Here

**ARTICLE ADDRESS TO:**

United States of America
Atty General - US Dept of Justice
950 Pennsylvania Ave Nw
Washington DC 20530-0009

29963 - Shohatee, etal. v. Mullin, etal.

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
United States of America
Atty General - US Dept of Justice
950 Pennsylvania Ave Nw
Washington DC 20530-0009

9490 9111 0549 5834 2603 03

9402 7111 0549 5834 2603 28
2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** ( ☐ *Addressee or* ☐ *Agent)*
X Evie Sassak

**B. Received By:** *(Printed Name)* AUG 19 2026

**C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes ☐ No
If YES, enter delivery address below:

INSPECTED 43

3. Service Type
☑ Certified Mail®

X-RAYED #2

PS Form 3811 Facsimile, July 2015 (SDC 3930)

Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26 cv 06496 PAE

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney SDNY
was received by me on *(date)* August 7, 2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: USPS Certified Mail Tracking# 9402 7111 0549 5834 2521 18
Civil Processing Clerk, USAO Southern District of New York
86 Chambers Street, FL 3
New York, NY 10007-2632

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 2, 2026

[signature]
*Server's signature*

Christopher Feliciano
*Printed name and title*

14370 Ventura Boulevard, Sherman Oaks, CA 91423
*Server's address*

Additional information regarding attempted service, etc:

**OUTBOUND TRACKING NUMBER**
9402 7111 0549 5834 2521 18>

**RETURN RECEIPT TRACKING NUMBER**
9490911105495834252155

**FEES**

| | |
|---|---|
| Postage Per Piece | 8.57 |
| Certified Fee | 5.55 |
| Return Receipt Fee | 4.65 |
| **Total Postage & Fees:** | **$19.82** |

SHERMAN OAKS CA
AUG 10 2026

Postmark Here

**ARTICLE ADDRESS TO:**

Civil Processing Clerk, USAO
Southern District of New York
86 Chambers St Fl 3
New York NY 10007-2632

29963 - Shohatee, et al. v. Mullin, et al.

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Processing Clerk, USAO
Southern District of New York
86 Chambers St Fl 3
New York NY 10007-2632

9490 9111 0549 5834 2521 55

2. Article Number *(Transfer from service label)*
9402 7111 0549 5834 2521 18

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☑ *Addressee* or ☐ *Agent)*
X [signature]

B. Received By: *(Printed Name)* MK

C. Date of Delivery 8/14/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)

Domestic Return Receipt

Civil Action No. 1:26 cv 06496 PAE

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States Citizenship and Immigration Services was received by me on *(date)* August 7, 2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: USPS Tracking# 9402 7111 5834 2605 33
U.S. Citizenship & Immigration Services, Office of the Chief Counsel
5900 Capital Gateway Drive Stop 2120
Camp Springs, MD 20588-0010

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 2, 2026

[signature]
*Server's signature*

Christopher Feliciano
*Printed name and title*

14370 Ventura Boulevard, Sherman Oaks, CA 91423
*Server's address*

Additional information regarding attempted service, etc:

**OUTBOUND TRACKING NUMBER**
9402 7111 0549 5834 2605 33>

**RETURN RECEIPT TRACKING NUMBER**
9490911105495834260570

**FEES**

| | |
|---|---|
| Postage Per Piece | 8.57 |
| Certified Fee | 5.55 |
| Return Receipt Fee | 4.65 |
| **Total Postage & Fees:** | **$19.82** |

SHERMAN OAKS, CA
AUG 10 2026

Postmark Here

**ARTICLE ADDRESS TO:**

U.S Citizenship & Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Dr Stop 2120
Camp Springs MD 20588-0010

29963 - Shohatee, etal. v. Mullin, etal.

**SENDER: COMPLETE THIS SECTION**

**Ensure items 1, 2, and 3 are completed.**

**Attach this card to the back of the mailpiece, or on the front if space permits.**

**1. Article Addressed to:**

U.S Citizenship & Immigration Services
Office of the Chief Counsel
5900 Capital Gateway Dr Stop 2120
Camp Springs MD 20588-0010

9490 9111 0549 5834 2605 70

9402 7111 0549 5834 2605 33

**2. Article Number** *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** ( ☐ *Addressee or* ☐ *Agent*)

X ThuyNgocLe

**B. Received By:** *(Printed Name)* Thuy Ngoc Le

**C. Date of Delivery** 8/19/2026

**D. Is delivery address different from item 1?** ☐ Yes
**If YES, enter delivery address below:** ☐ No

**3. Service Type**
☑ Certified Mail®

**PS Form 3811 Facsimile, July 2015 (SDC 3930)**

**Domestic Return Receipt**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26 cv 06496 PAE

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Markwayne Mullin, Secretary, Department of Homeland Security
was received by me on *(date)* August 7, 2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: USPS Certified Mail Tracking# 9402 7111 0549 5834 2600 07
Markwayne Mullin
2707 Martin Luther King Jr. Avenue, SE
Washington, DC 20528-1008

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 2, 2026

*Server's signature*

Christopher Feliciano

*Printed name and title*

14370 Ventura Boulevard, Sherman Oaks, CA 91423

*Server's address*

Additional information regarding attempted service, etc:

**OUTBOUND TRACKING NUMBER**
9402 7111 0549 5834 2600 07>

**RETURN RECEIPT TRACKING NUMBER**
9490911105495834260099

**FEES**

| | |
|---|---|
| Postage Per Piece | 8.57 |
| Certified Fee | 5.55 |
| Return Receipt Fee | 4.65 |
| **Total Postage & Fees:** | **$19.82** |

SHERMAN OAKS, CA
AUG 10 2026

Postmark
Here

**ARTICLE ADDRESS TO:**

Markwayne Mullin
M.S. 0485
2707 Martin Luther King Jr Ave Se
Washington DC 20528-1008

29963 - Shohatee, et al. v. Mullin, et al.

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Markwayne Mullin
M.S. 0485
2707 Martin Luther King Jr Ave Se
Washington DC 20528-1008

9490 9111 0549 5834 2600 99

9402 7111 0549 5834 2600 07

**2. Article Number** *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

**A. Signature:** ( ☐ *Addressee* or ☐ *Agent*)
X [signature]

**B. Received By:** *(Printed Name)*

**C. Date of Delivery** 9/1/26

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type**
☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)

Domestic Return Receipt

Civil Action No. 1:26 cv 06496 PAE

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph B. Edlow, Director, USCIS

was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________

____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________

____________ , a person of suitable age and discretion who resides there,

on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ____________

____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

☑ Other *(specify)*: USPS Certified Mail Tracking# 9402 7111 0549 5834 2604 89
Joseph B. Edlow, USCIS Director
5900 Capital Gateway Drive, Stop 2120
Camp Springs, MD 20588-0010

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: November 2, 2026

[signature]

*Server's signature*

Christopher Feliciano

*Printed name and title*

14370 Ventura Boulevard, Sherman Oaks, CA 91423

*Server's address*

Additional information regarding attempted service, etc:

**OUTBOUND TRACKING NUMBER**
9402 7111 0549 5834 2604 89>

**RETURN RECEIPT TRACKING NUMBER**
9490911105495834260433

**FEES**

| | |
|---|---|
| Postage Per Piece | 8.57 |
| Certified Fee | 5.55 |
| Return Receipt Fee | 4.65 |
| **Total Postage & Fees:** | **$19.82** |

SHERMAN OAKS, CA
AUG 10 2026

**ARTICLE ADDRESS TO:**

Joseph B. Edlow, USCIS Director
5900 Capital Gateway Dr Stop 2120
Camp Springs MD 20588-0010

Postmark
Here

29963 - Shohatee, et al. v. Mullin, et al.

**SENDER: COMPLETE THIS SECTION**

- Ensure items 1, 2, and 3 are completed.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Joseph B. Edlow, USCIS Director
5900 Capital Gateway Dr Stop 2120
Camp Springs MD 20588-0010

9490 9111 0549 5834 2604 33

9402 7111 0549 5834 2604 89

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: ( ☐ Addressee or ☐ Agent)
X [signature]

B. Received By: *(Printed Name)* Thuy Ngoc Le

C. Date of Delivery 8/19/2026

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®

PS Form 3811 Facsimile, July 2015 (SDC 3930)

Domestic Return Receipt